# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. MOSES, JR.,<br>CDCR #K-65174,<br><br>                              Plaintiff,<br><br>vs.<br><br>SUPERIOR COURT OF SAN DIEGO,<br>Court Stenographer,<br><br>                              Defendant. | Civil No.   12-0937 AJB (JMA)<br><br>**ORDER DISMISSING CIVIL ACTION AS FRIVOLOUS PURSUANT TO 28 U.S.C. § 1915A(b)(1) AND DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS* **AS MOOT** |

Plaintiff, an inmate currently incarcerated at the California Medical Facility located in Vacaville, California and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. §1983. In addition, Plaintiff has filed a Motion to Proceed *in forma pauperis* ("IFP").

**I.      Sua Sponte Screening Pursuant to 28 U.S.C. § 1915A(b)**

The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to review complaints filed by anyone "incarcerated or detained in any facility who is accused of,

1  sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions
2  of parole, probation, pretrial release, or diversionary program," "as soon as practicable after
3  docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP.
4  *See* 28 U.S.C. § 1915A(a), (c).  The Court must sua sponte dismiss prisoner complaints, or any
5  portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may
6  be granted.  28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

7       Plaintiff's instant Complaint is subject to sua sponte dismissal pursuant to 28 U.S.C.
8  § 1915A(b)(1) because it appears to be duplicative of a case Plaintiff has already filed.
9  Plaintiff's Complaint contains identical claims that are found in *Moses v. White, et al.*, S.D. Cal.
10 Civil Case No. 12cv0073 JLS (BGS).  A court "may take notice of proceedings in other courts,
11 both within and without the federal judicial system, if those proceedings have a direct relation
12 to matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*,
13 971 F.2d 244, 248 (9th Cir. 1992).

14     A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it
15 "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103,
16 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal
17 quotations omitted).  Because Plaintiff is already litigating the same claims presented in the
18 instant action in *Moses v. White, et al.*, S.D. Cal. Civil Case No. 12cv0073 JLS (BGS), the Court
19 hereby **DISMISSES** Civil Case No. 12cv0937 AJB (JMA) pursuant to 28 U.S.C.
20 § 1915A(b)(1).  *See Cato*, 70 F.3d at 1105 n.2; *Resnick*, 213 F.3d at 446 n.1.

21 **II.    Conclusion and Order**

22     Good cause appearing, **IT IS HEREBY ORDERED** that:

23     Plaintiff's Complaint in Civil Case No. 12cv0973 AJB (JMA) is **DISMISSED** as
24 frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and Plaintiff's Motion to Proceed IFP (ECF No.
25 3) is **DENIED** as moot.

26 / / /
27 / / /
28 / / /

1 | This Court CERTIFIES that no IFP appeal from this Order could be taken "in good faith"
2 | pursuant to 28 U.S.C. § 1915(a)(3).  *See Coppedge v. United States*, 369 U.S. 438, 445 (1962);
3 | *Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir. 1977) (indigent appellant is permitted to proceed
4 | IFP on appeal only if appeal would not be frivolous).
5 | The Clerk shall close the file.
6 | **IT IS SO ORDERED.**
7 |
8 | DATED:  June 21, 2012
9 |
10 | Hon. Anthony J. Battaglia
    | U.S. District Judge